IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ANNA K. EARLS                                                                                    PLAINTIFF

V.                                                                                       2:07CV00085-B-A

BLUE CROSS AND BLUE SHIELD
OF ALABAMA, INC.                                                                               DEFENDANT

## ORDER

In accord with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED** and this case is **dismissed with prejudice**.

This, the 30th day of April, 2008.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**